### WESLEY v. CITY OF NEW YORK.

(Supreme Court, Appellate Term, First Department. February 4, 1915.)

MUNICIPAL CORPORATIONS (§ 1021*)—ACTIONS AGAINST—NOTICE OF CLAIM—REQUISITES.

A notice of claim against the city of New York, which does not contain a notice of intention to commence an action thereon as required by Greater New York Charter (Laws 1901, c. 466) § 261, is fatally defective.

[Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. § 2193; Dec. Dig. § 1021.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Thomas H. Wesley against the City of New York. From a judgment dismissing the complaint at the close of plaintiff's evidence, plaintiff appeals. Affirmed.

Argued January term, 1915, before GUY, BIJUR, and GAVEGAN, JJ.

Gilbert Ray Hawes, of New York City, for appellant.

Frank L. Polk, Corp. Counsel, of New York City (Terence Farley and Clarence L. Barber, both of New York City, of counsel), for respondent.

PER CURIAM. The notice of claim filed with the comptroller in this case was a substantial compliance with the provisions of section 261 of the Greater New York Charter, save in one particular. It is fatally defective in that it contains no notice of intention to commence an action thereon. Bernreither v. City of New York, 196 N. Y. 506, 89 N. E. 1096, affirming same case 123 App. Div. 291, 107 N. Y. Supp. 1006; Wagner v. City of New York, 160 App. Div. 586, 145 N. Y. Supp. 683; Forsyth v. Oswego, 191 N. Y. 441, 84 N. E. 392, 123 Am. St. Rep. 605; Purdy v. City of New York, 193 N. Y. 521, 86 N. E. 560.

Although the record discloses a case of great hardship, we cannot do otherwise than follow the decisions upon the point involved. The judgment must be affirmed, with costs.

Judgment affirmed, with costs.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes.